UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN CALDWELL,

Defendant.
_______________________________/

Case No. 1:26−cr−00093−PLM

Hon. Paul L. Maloney

**ORDER**

Defendant shall be transported by the U.S. Marshal to the designated place of psychological/psychiatric examination or hospitalization, MCC Chicago, with arrival no later than ten days from the date of this order.

IT IS SO ORDERED.

Dated: October 2, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge