**U.S. Department of Justice**
Federal Bureau of Prisons
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, Illinois 60605

*Office of the Warden*

October 19, 2026

**The Honorable Sally J. Berens**
664 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

| | | |
|---|---|---|
| RE: | Name: | CALDWELL, Kevin |
| | Docket No.: | 1:26-cr-00093 |
| | Reg. No.: | 91511-512 |

Dear Judge Berens:

This letter is in response to the court order dated September 30, 2026, which committed Mr. Caldwell for an examination pursuant to Title 18, United States Code, §§ 4241 and 4242. Mr. Caldwell was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on October 1, 2026, and he arrived at the institution on October 7, 2026.

The statute allows our psychology staff 45 days to complete the evaluation. As such, the evaluation will be completed by November 20, 2026, with the report routing to the court by December 11, 2026.

If you should have any questions regarding the evaluation, please contact Dr. Kaitlyn Nelson at (312) 322-0567 Ext. 1469, or Dr. David Szyhowski at (312) 322-0567 Ext. 1580. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

C. Kirby
Warden